# UNITED STATE DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

FAEGRE & BENSON, LLP,
FELICIA J. BOYD, and
JOHN H. HINDERAKER,

   Plaintiffs,

v.

WILLIAM S. PURDY, SR.,
PLEASE DON'T KILL YOUR BABY, and
DOES 1-10,

   Defendants.

**ORDER**
Civil File No. 03-6472  (MJD/JGL)

_____

By its Order dated March 18, 2004, the Court appointed the Federal Public Defenders Office to represent Defendant William S. Purdy, Sr., for purposes of contempt proceedings.  Because the contempt proceedings were concluded with the Court's Order dated September 2, 2004,

**IT IS HEREBY ORDERED** that the Federal Public Defenders Office, including Douglas B. Altman, is immediately relieved of all obligations and duties relating to this case and its representation of Defendant.

Dated: June 24, 2005        s/ Michael J. Davis
                  Judge Michael J. Davis
                  United States District Court