## UNITED STATE DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

FAEGRE & BENSON, LLP,
FELICIA J. BOYD, and
JOHN H. HINDERAKER,

       Plaintiffs,

vs.                                **ORDER**
                                   Civil. File No. 03-6472  (MJD/SRN)

WILLIAM S. PURDY, SR.,
PLEASE DON'T KILL YOUR BABY, and
DOES 1-10,

       Defendants.

_____

**IT IS HEREBY ORDERED THAT**:

Defendant William S. Purdy, Sr.'s request for a one-week extension is **GRANTED**. Purdy's post-hearing briefs are now due by noon on Friday, June 16, 2006. Defendants' response is due by noon on Friday, June 30, 2006.

Dated: June 12, 2006                           s / Michael J. Davis
                                                     Judge Michael J. Davis
                                                     United States District Court